THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN GAMMON, Appellant.

Submitted October 11, 2011; decided December 13, 2011

Reported below, 30 Misc 3d 46.

Motion to vacate this Court's September 21, 2011 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAFAEL LORA, Respondent.

Submitted September 6, 2011; decided December 13, 2011

Reported below, 85 AD3d 487.

Motion to dismiss the appeal granted and the appeal dismissed upon the ground that the reversal by the Appellate Division was not on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal (CPL 450.90 [2] [a]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO VELEZ, Appellant.

Submitted November 21, 2011; decided December 13, 2011

Reported below, 78 AD3d 867.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.